# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **BELINDA BAKER, et al.,** | : | Case No. 1:18-cv-00757 |
| | : | Judge Timothy S. Black |
| **Plaintiffs** | : | Magistrate Judge Karen L. Litkovitz |
| | : | |
| v. | : | **STIPULATED EXTENSION OF TIME** |
| | : | **TO MOVE, ANSWER, OR** |
| | : | **OTHERWISE PLEAD** |
| | : | |
| **BENSALZ PRODUCTIONS LLC, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

Pursuant to Local Rule 6.1(a), Plaintiffs Belinda Baker, Starborne Production, LLC, and Starbreacher Enterprises, LLC ("Plaintiffs") and Defendant Excel Sports Management LLC ("Excel") stipulate to an extension of 21 days for Excel to move, answer, or otherwise plead in response to Plaintiffs' Amended Complaint (Doc. 2). No other extensions of time have been requested by Excel.

Excel shall move, answer, or otherwise plead on or before March 11, 2019.

Respectfully submitted,

| | |
|---|---|
| */s/ Aaron M. Herzig* | */s/ Belinda R. Baker (by AMH per email authorization)* |
| Aaron M. Herzig (0079371) | Belinda R. Baker |
| TAFT STETTINIUS & HOLLISTER LLP | 824 Oaktree Court |
| 425 Walnut Street, Suite 1800 | Lebanon, OH 45036 |
| Cincinnati, OH 45202 | |
| Phone: (513) 381-2838 | |
| Fax: (513) 381-0205 | *Plaintiff* |
| aherzig@taftlaw.com | |

OF COUNSEL:

Mitchell Schuster (*pro hac vice* application forthcoming)
Thomas L. Friedman (*pro hac vice* application forthcoming)
MEISTER SEELIG & FEIN LLP
125 Park Avenue, 7th Floor
New York, NY 10017
Phone: (212) 655-3500

Case 1:20-cv-03342-LJL-SN   Document 7   Filed 02/15/19   Page 2 of 2

Fax: (646) 539-3653
ms@msf-law.com
tlf@msf-law.com
*Counsel for Defendant Excel Sports Management LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing was filed using the Court's ECF system, which will provide notice of the filing to all individuals registered to receive notice in this case, and served upon the following by regular U.S. mail and/or email, this 15th day of February, 2019:

| | |
|---|---|
| Belinda Baker<br>Starborne Productions, LLC<br>Starbreacher Enterprises, LLC<br>824 Oaktree Court<br>Lebanon, OH 45036<br>starbreacher1@hotmail.com<br><br>*Plaintiffs* | BenSalz Productions LLC<br>1755 York Avenue<br>Apartment 10G<br>New York, NY 10128<br><br>*Defendant* |

                                                */s/ Aaron M. Herzig*