IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BELINDA BAKER, et al., | : | Case No.: 1:18-cv-00757 |
| | : | |
| Plaintiffs | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| v. | : | |
| | : | |
| BENSALZ PRODUCTIONS LLC, et al., | : | **CORPORATE DISCLOSURE** |
| | : | **STATEMENT OF DEFENDANT** |
| Defendants. | : | **EXCEL SPORTS MANAGEMENT** |
| | : | **LLC** |
| | : | |

In compliance with Fed. R. Civ. P. 7.1 and S.D. Ohio Civ. R. 7.1.1, Defendant Excel Sports Management LLC ("Excel") states as follows:

1. No corporation is a parent of Excel.

2. No publicly owned corporation owns 10 percent or more of the stock of Excel.

3. Excel is not aware of any non-party publicly owned corporation that has a substantial financial interest in the outcome of this case.

                Respectfully submitted,

                */s/ Aaron M. Herzig*
                Aaron M. Herzig (0079371)
                TAFT STETTINIUS & HOLLISTER LLP
                425 Walnut Street, Suite 1800
                Cincinnati, OH 45202-3957
                Phone: (513) 381-2838
                Fax: (513) 381-0205
                aherzig@taftlaw.com

                OF COUNSEL:

                Mitchell Schuster (*pro hac vice* application pending)
                Thomas L. Friedman (*pro hac vice* application pending)

MEISTER SEELIG & FEIN LLP
125 Park Avenue, 7th Floor
New York, NY 10017
Phone: (212) 655-3500
Fax: (646) 539-3653
ms@msf-law.com
tlf@msf-law.com

*Counsel for Defendant Excel Sports Management LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed using the Court's ECF system, which will provide notice of the filing to all counsel of record and other individuals registered to receive notice in this case, and was served upon the following by regular U.S. mail and email, this 11th day of March, 2019:

Belinda Baker
Starborne Productions, LLC
Starbreacher Enterprises, LLC
824 Oaktree Court
Lebanon, OH 45036
starbreacher1@hotmail.com

*Plaintiffs*

*/s/ Aaron M. Herzig*