## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **BELINDA BAKER, et al.,** | : | Case No.: 1:18-cv-00757 |
| | : | |
| **Plaintiffs** | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| v. | : | |
| | : | |
| **BENSALZ PRODUCTIONS LLC, et al.,** | : | DEFENDANTS' JOINT |
| | : | MEMORANDUM IN OPPOSITION |
| **Defendants.** | : | TO PLAINTIFFS' MOTION TO |
| | : | STAY PROCEEDINGS |

Plaintiffs' Motion to Stay Proceedings should be promptly denied.

Both Defendants, BenSalz Productions LLC and Excel Sports Management LLC, filed Motions to Dismiss on multiple grounds including jurisdictional issues, expired statutes of limitation, and failure to state appropriate claims.

In responding to each Motion to Dismiss, Plaintiffs addressed only the jurisdictional questions. Almost four months ago on April 23, 2019, Plaintiffs addressed all other issues in Excel's Motion to Dismiss by simply claiming that Plaintiffs "will presently seek leave of Court to amend their Complaint a second time, which will render the remainder of Defendant, Excel's Motion to Dismiss moot." Similarly, in responding to BenSalz's Motion to Dismiss on May 9, 2019, more than three months ago, Plaintiffs said the same thing. In the parties' telephone conference with Magistrate Judge Litkovitz, Plaintiffs failed even to mention anything about a new amended Complaint or additional parties. And while Plaintiffs' motion references newly discovered "procedural developments" and "significant factual allegations" that will result in new claims and new defendants being added to this action, Plaintiffs completely fail to identify what those new developments and allegations are, the nature of the purported "new claims" or the identities of the additional defendants that Plaintiffs will be seeking to add.

Certainly the jurisdictional issues are ripe for determination. A decision on jurisdiction would comport with judicial economy. The other issues in the Motions to Dismiss are essentially unopposed and thus also capable of ready resolution.

Defendants request that the Court proceed to decide the pending Motions to Dismiss.

Respectfully submitted,

*/s/ Timothy M. Burke*
Timothy M. Burke (0009189)
MANLEY BURKE, LPA
225 W. Court St.
Cincinnati, OH 45202
Phone: (513) 721-5525
Fax: (513) 721-4268
tburke@manleyburke.com

OF COUNSEL:
Lawerence Brocchini
REAVIS PAGE JUMP LLP
41 Madison Ave., 41st Floor
New York, NY 10010
Phone: (212) 763-4100
Fax: (212) 763-4141
lbrocchini@rpjlaw.com

*Counsel for Defendant BenSalz Productions, LLC*

*/s/ Aaron M. Herzig*
Aaron M. Herzig (0079371)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Phone: (513) 381-2838
Fax: (513) 381-0205
aherzig@taftlaw.com

Mitchell Schuster (admitted *pro hac vice*)
Thomas L. Friedman (admitted *pro hac vice*)
MEISTER SEELIG & FEIN LLP
125 Park Avenue, 7th Floor
New York, NY 10017
Phone: (212) 655-3500
Fax: (646) 539-3653
ms@msf-law.com
tlf@msf-law.com

*Counsel for Defendant Excel Sports Management LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was filed on this 14th day of August, 2019 using the Court's ECF system, which will provide notice of the filing to all counsel of record.

*/s/ Aaron M. Herzig*