USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___5/8/20___

# REAVIS PAGE JUMP LLP

Mark H. Moore*
mmoore@rpjlaw.com

*admitted to practice law in New York

41 Madison Avenue
41st Floor
New York, NY  10010

Telephone  (212) 763-4100
Facsimile  (212) 763-4141

www.rpjlaw.com

SO ORDERED  5/8/20

*Alison J. Nathan*

Alison J. Nathan, U.S.D.J.

May 7, 2020

VIA ECF

Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY  10007

> Defendants' requests for an extension of time to June 26, 2020 to respond to the amended complaint , *see* Dkt. Nos. 63, 66, is hereby granted.  Defendants may file a renewed motion to dismiss if they wish to do so.  The initial pretrial conference scheduled for June 12, 2020 is hereby adjourned to July 17, 2020 at 3 p.m.
> SO ORDERED.

Re:    Belinda Baker, *et al.* v. Bensalz Productions, LLC, *et al.*
       Case No. 1:20-cv-03342-AJN
       Letter Motion For Extension of Time to Respond to Complaint

Dear Judge Nathan:

We represent defendant Bensalz Productions, LLC ("Bensalz") in the above-captioned matter, which has been transferred to this Court pursuant to the April 28, 2020 order of Judge Douglas R. Cole of the United States District Court for the Southern District of Ohio, Western Division.  *See* Civil Docket Sheet from Southern District of Ohio, ECF Doc. # 58 and 59.

We are hereby joining in the request by defendant Excel Sports Management, LLC ("Excel"), filed with the Court on May 5, 2020 (Doc. # 63), for an extension of time to respond to the amended complaint filed by Plaintiffs until June 26, 2020.  We have reviewed both the procedural discussion of this matter set forth in Excel's letter, and the reasoning behind the request for an extension, and agree with both.  We have not made any previous requests for extension of time.

      Yesterday afternoon we requested an adjournment of the time from Plaintiffs' counsel of record to respond to the amended complaint until June 26, 2020, but, as with Excel's counsel, we received no response.

Respectfully submitted,

*Mark H. Moore*

Mark H. Moore

cc:    All Counsel of Record (via ECF)