UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
BELINDA BAKER, STARBORNE PRODUCTIONS, LLC and STARBREACHER ENTERPRISES LLC,

          Plaintiffs,

v.

BENSALZ PRODUCTIONS LLC and EXCEL SPORTS MANAGEMENT LLC,

          Defendants.
------------------------------------------------------------------------x

Case No. 1:20-cv-03342-AJN

**NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT**

**ORAL ARGUMENT REQUESTED**

**PLEASE TAKE NOTICE**, that, upon the accompanying Memorandum of Law in Support, dated June 26, 2020, and all pleadings and proceedings had herein, defendant Excel Sports Management LLC ("Excel"), by and through its attorneys, Meister Seelig & Fein LLP, pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby respectfully move this Court for an Order: (a) dismissing the Amended Complaint, filed on December 18, 2018 (Dkt. No. 2), by plaintiffs Belinda Baker, Starborne Productions LLC and Starbreacher Enterprises LLC (together, the "Plaintiffs"); and (b) granting Defendant Excel such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that Defendant Excel hereby requests oral argument if this motion is contested.

Dated: New York, New York
      June 26, 2020

/s/ Mitchell Schuster
Mitchell Schuster
Thomas L. Friedman
**MEISTER SEELIG & FEIN LLP**
125 Park Avenue, 7th Floor
New York, New York 10017
Tel:   (212) 655-3500
Email: ms@msf-law.com
          tlf@msf-law.com
*Attorneys for Defendant Excel Sports Management LLC*