**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BELINDA BAKER, STARBORNE
PRODUCTIONS LLC, and STARBREACHER
ENTERPRISES LLC,

                    Plaintiffs

v.

BENSALZ PRODUCTIONS LLC, and EXCEL
SPORTS MANAGEMENT LLC,

                    Defendants

 Case No. 1:20-cv-03342-AJN-SN

**NOTICE OF MOTION TO DISMISS**
**PLAINTIFFS' AMENDED**
**COMPLAINT**

---

**PLEASE TAKE NOTICE** that upon the Declaration of Mark H. Moore, sworn to June 26, 2020, and the exhibits annexed thereto and the accompanying Memorandum of Law of in Support of Defendant Bensalz Productions LLC's Motion to Dismiss Plaintiffs' Amended Complaint herein, Defendant Bensalz Productions LLC will move this Court for an order (1) dismissing the Amended Complaint of Plaintiffs Belinda Baker, Starborne Productions LLC, and Starbreacher Enterprises LLC pursuant to Fed. R. Civ. P. 12(b)(6), without leave to amend; and (2) granting Bensalz Productions LLC such other relief as this Court deems appropriate.

        **PLEASE TAKE FURTHER NOTICE** that Moving Defendant requests oral argument.

                          Respectfully submitted,

                          *Mark H. Moore*

                          _____

                          Mark H. Moore
                          REAVIS PAGE JUMP LLP
                          41 Madison Avenue, 41st Floor
                          New York, NY 10010
                          Phone: (212) 763-4100
                          Fax: (212) 763-4141
                          mmoore@rpjlaw.com
                          *Counsel for Defendant Bensalz Productions LLC*

{01854219; 1}