**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BELINDA BAKER, STARBORNE PRODUCTIONS LLC, and STARBREACHER ENTERPRISES LLC, <br><br> Plaintiffs <br><br> v. <br><br> BENSALZ PRODUCTIONS LLC, and EXCEL SPORTS MANAGEMENT LLC, <br><br> Defendants | Case No. 1:20-cv-03342-AJN-SN <br><br> **DECLARATION OF MARK H. MOORE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** |

MARK H. MOORE hereby declares:

1. I am a partner in the law firm of Reavis Page Jump LLP, attorneys for Defendant Bensalz Productions LLC ("BSP"). I submit this declaration in support of BSP's Motion to Dismiss Plaintiffs' Amended Complaint. I am familiar with the facts alleged herein based upon my first-hand knowledge thereof or my review of the case files.

2. A true and correct copy of Plaintiffs' First Amended Complaint in this action, Dkt. No. 2 is attached hereto as **Exhibit 1**.

3. A true and correct copy of Exhibit A to the Amended Complaint, a version of the December 2011 Non-Disclosure-Confidentiality Agreement executed by Belinda R. Baker, individually, and Richard B. Bennett, Jr., individually, is attached hereto as **Exhibit 2**.

4. A true and correct copy of Exhibit B to the Amended Complaint, a November 18, 2011 Agreement between Bensalz Productions, LLC and Starbreacher Enterprises LLC, is attached hereto as **Exhibit 3**.

{01847689; 1}

5.  A true and correct copy of a November 4, 2012 email from Gary Rhein to Michael Skouras is attached hereto as **Exhibit 4**.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
June 26, 2020

*/s/ Mark H. Moore*
_____
Mark H. Moore
REAVIS PAGE JUMP LLP
41 Madison Avenue, 41st Floor
New York, NY 10010
Phone: (212) 763-4100
Fax: (212) 763-4141
mmoore@rpjlaw.com
*Counsel for Defendant Bensalz Productions LLC*

{01847689; 1}