# Exhibit 2


EXHIBIT
A

# STARBORNE PRODUCTIONS LLC
## *Eco Ark Entertainment*
824 Oaktree Court  Lebanon, Ohio 45036

### Non Disclosure - Confidentiality Agreement

By signing below, the Undersigned acknowledges that Ms. Belinda R. Baker and Starborne Productions are presenting certain confidential and proprietary materials to ~~Michael Skouras~~ Rich Bennett, his respective clients, employees, partners and/or affiliates for consideration of a possible co-production or partnership involving an animated feature film presently entitled *Finney the Star Breacher*. These materials, as well as any related information regarding Starborne's business plans, are to be used only in connection with the proposed partnership between Ms. Baker and Mr. Skouras and his partners, as mentioned above. The Undersigned also agrees not to use or disclose any part of this information to any third parties nor make use of such materials for any other commercial benefit whatsoever without informing Ms. Baker and obtaining her approval and her express written consent and authorization.

The Undersigned also agrees not to disclose or discuss the theme, concepts, characters, story, and/or any dialogue or artwork contained within Ms. Baker's script, book and all other related materials for the film or book versions of *Finney* (or any other creative materials related to it) with any third parties without her approval nor to work without her knowledge or consent with any other third parties on her material, or any other book, film, television, or other commercial production containing any story, characters or key elements that might be deemed a conversion, theft or copy of her proprietary materials or might be in direct competition with her property or could be considered a plagiarism of her unique intellectual property, or an infringement of her proprietary trademarks and/or copyrights of such. As well, the Undersigned agrees to disclose the names and contact information of any and all persons or companies with whom he has shared or disclosed Ms. Baker's intellectual property, or intends to do so in the future. This Agreement shall survive the termination of any or all associations and/or contracts between the agreeing parties regardless of the timing of such termination. This Agreement shall be enforced by the laws of the United States and of the State of Ohio. Upon request, any and all intellectual property provided to the Undersigned shall be immediately returned to Ms. Baker. This Agreement shall constitute the complete understanding between the parties unless or until a subsequent Agreement is entered into and shall be effective retroactive to July 1, 2011 or the unspecified earliest date in which Mr. Skouras became aware of the Finney project and its creative content.

Signed and agreed to by:

_[signature]_  
Belinda R. Baker  
Address: 824 Oaktree Ct  
Lebanon OH 45036  
Date: 12/12/11

_[signature]_  
~~Michael Skouras~~ Richard B. Bennett, Jr.  
Address: 1755 York Ave #15J, NY, NY 10128  
Date: 12/12/11

on behalf of BenSalz Productions