# Exhibit 4

**Subject:** FW: My last hope and effort for making peace...

**From:** grhein1@cinci.rr.com <grhein1@cinci.rr.com>
**Sent:** Sunday, November 4, 2012 1:38 PM
**To:** Michael Skouras
**Cc:** Eric Salzman; danni bennett; Stirling; Belinda Office
**Subject:** Re: My last hope and effort for making peace...

You are a sissy. You can't hurt us and if you say any derogatory thing to any studio. You will pay.

I will communicate with whom ever I want. And your company has now tarnished their reputation.

You are a big fat talker. You have done nothing. Prove what you have done you signed a contract that requires you to prove it. We have proof of so many lies and contradictions.

Hey mr bad ass. How about a personal face to face meeting. I want a boxing match with you.
I would destroy you.

You have lied and strung us along. You are now fired.

You have not abided by the contracts you signed.

I want all the proposals and books and everything sent to you sent back.

ASAP.

You have done nothing. That's the issue, you talk and there is no action and you won't provide the proof of your action.

Its between you and Belinda. Am not happy with your lackluster performance. I handle huge contracts in the oil industry and if I performed and lied the way you do. Well no wonder you haven't accomplished any thing with this.

We need all proposals scripts etc sent back and if you don't have exact # I sent you then I want proof of where it went. Per the NDA you signed.

I am glad to be done with you. Nothing nut lies.
Sent from my Verizon Wireless BlackBerry

**From:** michael skouras <mskouras@msn.com>
**Date:** Sun, 4 Nov 2012 13:17:14 -0500
**To:** <grhein1@cinci.rr.com>

**Cc:** Eric Salzman<bensalzproductions@yahoo.com>; danni bennett<bennett1217@aol.com>
**Subject:** RE: My last hope and effort for making peace...

Gary--I fear NO ONE, especially you! We are OUT and your project is DEAD! I will personally notify Casey in the morning. I hope you make something of this, I really hope you do! Every studio where this project was sent will be notified this week that we are out and when they ask why it will be made known to them!

You are hereby put on notice neither you nor Belinda contact me again! Now let's see who really has the balls to follow thru on what they say and who else is just talk!!

---

Subject: Re: My last hope and effort for making peace...
To: mskouras@msn.com
CC: starbreacher1@hotmail.com; stirling@excelsm.com
From: grhein1@cinci.rr.com
Date: Sun, 4 Nov 2012 17:08:01 +0000

I agree with and understand some of what you say.

Mike, belinda brought Arc to the call and invited you and Casey. Just want you to remember that.

And If I am reading this right, do not threaten me. You better watch out. Make sure you understand that Mike!!!!!!!!! I am not afraid of you.
I promise you will regret it.

I also agree with part of what Belinda says. All she asks for is what the NDA you signed requires you to provide. Proof that things are being done. To just be copied or forwarded to any correspondence you or any one else participates in. What is so difficult about that?

There's lack of professionalism on both sides here, you included Mike, the threats, deleting voice mails, how childish is that?

So , this needs to be worked out.
Nobody dictates to any one. Period!!!

Stirling, thanks for your understanding and help.
Sent from my Verizon Wireless BlackBerry

---

**From:** michael skouras <mskouras@msn.com>
**Date:** Sun, 4 Nov 2012 09:20:15 -0500
**To:** <grhein1@cinci.rr.com>
**Subject:** RE: My last hope and effort for making peace...

Gary:

This was NEVER an issue of me being able to get this done! If you remember in the beginning I would not even sign onto the project until I felt I could bring something to the table, (which I have)!!

I was courteous to that woman, I met her in NY and introduced her to Casey who also made time for her-- every courtesy was extended to her and it was time and again brushed aside. I told you more than once that this is NOT the way I operate--I do my job and that job in this case is to get this movie made in some capacity. When there was something that went on, like the call to Arc was she not on the call? I am not going to have my hand forced because she is not happy w/ the speed and progress of the project! She wants to tell me how she knows this business? She has NO CLUE how this business works! If she did she would know that the strides that have been made are remarkable and that these things take time--sometimes years to develop. I have a folder full of people, some well known celebrities begging me to take on their projects! I do not need this and I will NOT put up w/ this childish and unprofessional nonsense! My secretary told me that Belinda called me 12 times Friday and left messages! I told her to delete every one of them so whatever she had to say no one listened to! That is professional? Give me a break Gary--you know better! The only reason I even looked at this project was a courtesy to Wayde-- he said you were a good guy and asked me to help if I could.

That being said I told Stirling, (who is also going thru undo stress from Belinda) that I am willing to hit the reset button on this. Make no mistake that a few things remain in order:

--she is NOT to bother or hassle anyone! If something goes on she will be notified. If she hears nothing that means nothing is going on--period! Did Rich and Eric and I not tell you a few weeks ago that it benefits everyone to get this done asap? Why in the world would we not move this as quickly as possible? Our interest is to get this project sold--period! We are not holding this back for any reason--we want this to go quickly. However, I know how this works and if you think I am going to hassle the Bruce Berman's and Steven Spilebergs of the world you are sadly mistaken. They do NOT need us--we need them right now.

--I will talk to my literary agent about this but I will NOT involve her until the time is needed. If he feels there is something there, (which I am not sure he will--kids books do not sell)  he will let me know.

The fact that I am taking time AGAIN to explain myself is a waste of time! I will not do it again. If I hear that she even remotely questioned, hassled, tossed threats around, etc to ANYONE I have brought in than my suggestion to you, to her and anyone else involved here is to duck! I assure you that I am one person you do NOT want to piss off and I am almost there!

With that said she wants to move on w/ Stirlings plan fine but heed what I have said here--I am not joking or bluffing. If you need proof ask around--my reputation speaks for itself!!

---

Subject: Re: My last hope and effort for making peace...
To: stirling@excelsm.com; starbreacher1@hotmail.com; mskouras@msn.com
From: grhein1@cinci.rr.com
Date: Sat, 3 Nov 2012 20:19:19 +0000

HATS OFF TO STIRLING!!!!!!!!!!!!!!!!!!!!!

I agree period!!!

I don't care about what happened yesterday, its tomorrow and beyond.

Too much talent and possibility for all this feuding.

3

Bensalz can make this happen.

Subject of Bullet points?

I think we start with 5. Need to be precise and to the point.

Any other ideas?
Short ideas. One small step at a time.
Sent from my Verizon Wireless BlackBerry

---

**From:** Stirling Fiss <stirling@excelsm.com>
**Date:** Fri, 2 Nov 2012 22:07:28 +0000
**To:** Belinda Baker<starbreacher1@hotmail.com>; grhein1@cinci.rr.com<grhein1@cinci.rr.com>; mskouras@msn.com<mskouras@msn.com>
**Subject:** RE: My last hope and effort for making peace...

Hi Belinda, Gary and Mike. To follow up on the emails today and your phone calls, here's how I think we proceed:

- Correspondences should include all four of us to make sure that 1) everyone is on the same page, 2) exchanges don't get negative, disparaging or accusatory and 3) everyone feels involved.
- A weekly update email will be sent out to summarize any market developments, any news from the studio front, new brainstorms on opportunities, any requests or any next steps.
- After conferring with Jeff to make sure he's okay with proceeding this way, I will call Bruce's assistant with dates over the next month that Casey is available to see if we can get a meeting on the books and some advancement on that front.

Belinda, as I mentioned a few weeks ago, it would be very helpful if you could create a bullet-pointed summary of what you're looking for (i.e. the literary agent recommendations, which I'm working on compiling). Gary, maybe you can help her with summarizing those points? Mike, you and I will reconvene on strategy.

It's impossible to start from scratch – and if the conflicts that have arisen are too much to overcome this partnership may need to be reconsidered – but if we do continue working together, hopefully these steps will help us move in the right direction.

And Belinda, I know you meant no harm by checking in on the meeting date in the wake of Hurricane Sandy and I do appreciate you reaching out to me at the start of the week to make sure that Casey and I were both fine. Please know there is no anger here.

I hope everyone enjoys their weekend.

Best,
Stirling

---

**From:** Belinda Baker [mailto:starbreacher1@hotmail.com]
**Sent:** Friday, November 02, 2012 4:27 PM
**To:** grhein1@cinci.rr.com; Stirling Fiss; mskouras@msn.com
**Subject:** My last hope and effort for making peace...

I have reached out to Mike via voice mail.
I have tried my very best to explain and
provide some insight so perhaps he might
have a better understanding of who I am

4

and all that I have worked to achieve and what I truly hope for.

I can do no more. I do hope he will take it into consideration.

I truly have no idea what he really wants from me at this point. If he wants to outline that, I am open to considering it. If he doesnt feel happy with the deal we agreed on...but I have made my case, asked that we come to a new understanding and move past the rifts and just get this deal done and moving forward.

It is as much as my faith and heart can do at this point.

My character and ideals are self evident in my work. And in my mission and if you all do not wish to be a part of that dream or supportive and let this turn out positively, then it is no longer within my control or of my doing.

I pray to God that Mike will have a change of heart as I know who I am and what I have tried to achieve and my intentions have always been the best.

And the story says it all
Belinda