

Mitchell Schuster
*Partner*
Direct (212) 655-3549
ms@msf-law.com

August 4, 2020

**VIA ECF**

Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re: **Belinda Baker, et al. v. Bensalz Productions Inc., et al.
Case No. 1:20-cv-03342-AJN
<u>Response to Hui Li's Motion to Withdraw as Counsel for Plaintiffs</u>**

Dear Judge Nathan:

We represent defendant Excel Sports Management LLC ("Excel") in the above-captioned action. We write in response to the Motion to Withdraw filed on July 31, 2020 by Plaintiffs' counsel, Hui Li (Dkt. # 91 and 91-1). Excel does not oppose Mr. Li's withdrawal as counsel to Plaintiffs and joins with defendant Bensalz Productions LLC in opposing Plaintiffs' request for an adjournment of time in connection with deadlines previously set by the Court regarding the defendants' motions to dismiss. <u>See</u> August 4, 2020 Bensalz Letter (Dkt. # 93).

Respectfully submitted,

Mitchell Schuster

cc: All Counsel of Record (via ECF)
Plaintiff Belinda Baker (via ECF)