UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BELINDA BAKER, et al.,

                    **Plaintiffs,**

        -against-

**BENSALZ PRODUCTIONS, INC., et al.,**

                    **Defendants.**

-----------------------------------------------------------------X

20-CV-03342 (AJN)(SN)

<u>ORDER</u>

**SARAH NETBURN, United States Magistrate Judge**:

On August 14, 2020, the parties appeared for a telephonic conference. As discussed at the conference, Plaintiff's request for an extension of time is GRANTED. Plaintiff may file a second amended complaint or oppose Defendants' motions to dismiss by September 30, 2020. This deadline will not be extended to accommodate the appearance of counsel or for any other reason.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     August 14, 2020
                 New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/2020