UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
BELINDA BAKER, STARBORNE PRODUCTIONS, LLC and STARBREACHER ENTERPRISES LLC,

                Plaintiffs,

v.

BENSALZ PRODUCTIONS LLC, EXCEL SPORTS MANAGEMENT LLC and MICHAEL SKOURAS,

                Defendants.
------------------------------------------------------------------------x

Case No. 1:20-cv-03342-AJN

**NOTICE OF MOTION TO DISMISS SECOND AMENDED COMPLAINT**

**ORAL ARGUMENT REQUESTED**

**PLEASE TAKE NOTICE**, that, upon the accompanying Memorandum of Law in Support, dated November 23, 2020, and all pleadings and proceedings had herein, defendant Excel Sports Management LLC ("Excel"), by and through its attorneys, Meister Seelig & Fein LLP, pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby respectfully moves this Court for an Order: (a) dismissing the Second Amended Complaint, filed on October 21, 2020 (Dkt. No. 111), by plaintiffs Belinda Baker, Starborne Productions LLC and Starbreacher Enterprises LLC (together, the "Plaintiffs"); and (b) granting Excel such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that Excel hereby requests oral argument if this motion is contested.

Dated: New York, New York
       November 23, 2020

/s/ Mitchell Schuster
Mitchell Schuster
Thomas L. Friedman
**MEISTER SEELIG & FEIN LLP**
125 Park Avenue, 7th Floor
New York, New York 10017
Tel:   (212) 655-3500
Email: ms@msf-law.com
         tlf@msf-law.com
*Attorneys for Defendant Excel Sports Management LLC*