```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Belinda Baker, et al.,

                Plaintiffs,

     –v–

Bensalz Productions, Inc., et al.,

                Defendants.

20-cv-3342 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the fact that Plaintiff filed a Second Amended Complaint on October 21, 2020, Dkt. No. 111, and that Defendants have each filed a motion to dismiss the Second Amended Complaint, *see* Dkt. Nos. 114, 117, 124, the two motions to dismiss the First Amended Complaint are DENIED as moot. The Court will resolve the motions to dismiss the Second Amended Complaint in due course.

    This resolves Dkt. Nos. 81, 82.

    SO ORDERED.

Dated: March 30, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1