UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Belinda Baker, et al.,

                Plaintiffs,

–v–

Bensalz Productions LLC, et al.,

                Defendants.

20-cv-3342 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court declines to approve the stipulation of dismissal with prejudice submitted by plaintiffs Belinda Baker, Starborne Productions, LLC and Starbreacher Enterprises LLC and defendant Excel Sports Management LLC. Dkt. No. 190. The stipulation purports to be pursuant to Rule 41(a)(1)(A)(ii), but it is not "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties may resubmit a notice or stipulation as indicated in Rule 41(a)(1)(A)(i) or 41(a)(1)(A)(ii), and the Court will review it.

    SO ORDERED.

Dated: February 15, 2022
       New York, New York

                                            ALISON J. NATHAN
                                            United States District Judge