UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                                          :
BELINDA BAKER, STARBORNE PRODUCTIONS,                     :    Case No. 1:20-cv-03342-AJN
LLC and STARBREACHER ENTERPRISES LLC,                     :
                                                          :    **NOTICE OF DISMISSAL WITH**
                                        Plaintiffs,       :    **PREJUDICE**
                                                          :
              v.                                          :
                                                          :
BENSALZ PRODUCTIONS LLC, EXCEL SPORTS                     :
MANAGEMENT LLC and MICHAEL SKOURAS,                       :
                                                          :
                                        Defendants.       :
---------------------------------------------------------------------x

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and a settlement

agreement between plaintiffs Belinda Baker, Starborne Productions, LLC and Starbreacher

Enterprises LLC ("Plaintiffs") and defendant Excel Sports Management LLC ("Excel"), Plaintiffs

hereby dismiss all claims asserted against Excel with prejudice and without costs.

Dated: New York, New York
       February 15, 2022


                                        **GOLDENBERG LAW, P.C.**

                                        By: _____
                                            Andrew R. Goldenberg, Esq.
                                            345 Seventh Avenue, 3rd Floor
                                            New York, NY 10001
                                            Telephone: (212) 906-4499

                                        *Attorneys for Plaintiffs*