UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

BELINDA BAKER, STARBORNE PRODUCTIONS,
LLC and STARBREACHER ENTERPRISES LLC,

                Plaintiffs,

          v.

BENSALZ PRODUCTIONS LLC, EXCEL SPORTS
MANAGEMENT LLC and MICHAEL SKOURAS,

                Defendants.

-------------------------------------------------------------------------x

Case No. 1:20-cv-03342-AJN

**NOTICE OF DISMISSAL WITH PREJUDICE**

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:  2/18/2022

      Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and a settlement agreement between plaintiffs Belinda Baker, Starborne Productions, LLC and Starbreacher Enterprises LLC ("Plaintiffs") and defendant Excel Sports Management LLC ("Excel"), Plaintiffs hereby dismiss all claims asserted against Excel with prejudice and without costs.

Dated: New York, New York
       February 15, 2022

                         **GOLDENBERG LAW, P.C.**

                         By: _____
                            Andrew R. Goldenberg, Esq.
                            345 Seventh Avenue, 3rd Floor
                            New York, NY 10001
                            Telephone: (212) 906-4499

                            *Attorneys for Plaintiffs*

2/16/2022

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.