UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BELINDA BAKER, et al.,

                              **Plaintiffs,**   20-CV-03342 (AJN)(SN)

       -against-   **ORDER**

BENSALZ PRODUCTIONS, INC., et al.,

                             **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    Defendant Skouras is encouraged to reach out to the NYLAG Legal Clinic for Pro Se Litigants for legal assistance regarding this matter. Information about the clinic is available here: https://www.nysd.uscourts.gov/attorney/legal-assistance.

    Additionally, Plaintiffs are reminded that by May 13, 2022, they were to file a letter informing the Court of the status of the bankruptcy proceeding. Plaintiffs have, as of the issuance of this order, failed to do so. Plaintiffs' status letter is due no later than May 18, 2022.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    May 16, 2022
                New York, New York