UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BELINDA BAKER, et al.,

                              Plaintiffs,                      20-CV-03342 (LJL)(SN)

         -against-                                             **ORDER**

BENSALZ PRODUCTIONS, INC., et al.,

                              Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       Plaintiffs request that this action be stayed pending the resolution of the bankruptcy proceedings against Defendant Bensalz Productions that are currently pending in this District. Given the overlapping nature of Plaintiffs' claims against Defendant Bensalz Productions and Defendant Skouras, Plaintiffs' request is GRANTED. Defendant Skouras' response to Plaintiffs' third amended complaint remains due on July 15, 2022. All subsequent deadlines are STAYED pending further order of the Court.

       Plaintiffs shall file a letter informing the Court of the status of the bankruptcy proceeding by September 22, 2022.

       Separately, the Court shall issue an order referring this case for mediation to the Court-annexed Mediation Program.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      June 24, 2022
                 New York, New York