```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
BELINDA BAKER et al.,                                            :
                                                                 :
                            Plaintiffs,                          :
                                                                 :           20-cv-3342 (LJL)
            -v-                                                  :
                                                                 :              ORDER
BENSALZ PRODUCTIONS, INC. et al.,                                :
                                                                 :
                            Defendants.                          :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court has received the proposed notice of voluntary dismissal as to Defendant Michael Skouras, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. No. 213. Rule 41 addresses dismissal of actions rather than dismissal of parties. Treating the application as addressed to the Court's power under Rule 15 or Rule 21 or its inherent power, the Court will dismiss the complaint as against Defendant Skouras without prejudice and with each party to bear their own costs and fees.

The Clerk of Court is respectfully directed to terminate Defendant Skouras.

SO ORDERED.

Dated: June 29, 2022
       New York, New York                         _____
                                                        LEWIS J. LIMAN
                                                   United States District Judge