UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

BELINDA BAKER, et al.,

                              Plaintiffs,                    **20-CV-03342 (LJL)(SN)**

                -against-                                    **ORDER**

BENSALZ PRODUCTIONS, INC., et al.,

                              Defendants.

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 9/23/2022 _

**SARAH NETBURN, United States Magistrate Judge:**

On June 24, 2022, the parties were ordered to file a joint status letter no later than September 22, 2022. ECF No. 211. As of today, no such letter has been filed. The parties are once again ORDERED to file a joint letter informing the Court about the status of the bankruptcy proceeding by September 28, 2022.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:        New York, New York
              September 23, 2022