UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
:
BELINDA BAKER, STARBORNE PRODUCTIONS, : Case No. 1:20-cv-03342-LJL-SN
LLC and STARBREACHER ENTERPRISES LLC, :
: **NOTICE OF DISMISSAL WITHOUT**
Plaintiffs, : **PREJUDICE**
:
v. :
:
BENSALZ PRODUCTIONS LLC, EXCEL SPORTS :
MANAGEMENT LLC and MICHAEL SKOURAS, :
:
Defendants. :
------------------------------------------------------------------------x

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure plaintiffs Belinda Baker, Starborne Productions, LLC and Starbreacher Enterprises LLC ("Plaintiffs") hereby dismiss all claims asserted against Bensalz Productions LLC without prejudice and without costs.

Dated: New York, New York
       January 23, 2023

          **GOLDENBERG LAW, P.C.**

          By: */s/ Andrew R. Goldenberg*
             Andrew R. Goldenberg
             11 Broadway, Suite 615
             New York, NY 10004
             Telephone: (212) 906-4499

          *Attorneys for Plaintiffs*